UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SILVERT HITCHINS,

        Plaintiff,

  - against -

NYC DEPARTMENT OF EDUCATION,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
11-CIV-4180 (RRM) (RML)

ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order having been filed this day, dismissing the amended complaint, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

    **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendant and that this case is hereby closed.

                            SO ORDERED.

Dated: Brooklyn, New York
       June 18, 2013

                            S/RRM
                            _____
                            ROSLYNN R. MAUSKOPF
                            United States District Judge